**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    David J. Goldberger, Sr.    :    Case No.: 17-10475-elf
                                              :
    Debtor(s)    :    Chapter 13

**ORDER**

AND NOW, upon consideration of the Trustee's Motion to Dismiss Case and after notice and hearing, it is hereby ORDERED that:

1. This Chapter 13 bankruptcy case is being DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. Section 349(b)(3). The undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. Section 349 (b)(3).

5. All applications for allowance of administrative expenses (including applicants for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within 5 days of the entry of this Order. Counsel shall file a certification of service confirming such service has been effected within fifteen (15) days of the entry of this Order.

By the Court:

Date:_____    _____
                                                      U.S. Bankruptcy Judge