United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10475-elf
David J. Goldberger, Sr.                                                  Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Aug 23, 2017
                              Form ID: pdf900          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2017.
```
db             +David J. Goldberger, Sr.,    1555 Ridgeview Avenue,    Lancaster, PA 17603-4509
13855131       +Accounts Service Department,    PO Box 731,    Mahwah, NJ 07430-0731
13855132       +Belco Community Credit Union,    449 Eisenhower Blvd.,    Harrisburg, PA 17111-2301
13855133       +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
13886044       +Burke & Hess,   1672 Manheim Pike,    Lancaster, PA 17601-3028
13855134        Capital One Bank USA NA,    PO Box 71083,    Charlotte, NC 28272-1083
13855135        Chase Auto Finance,    PO Box 78101,    Phoenix, AZ 85062-8101
13855137       +East Hempfield Township,    c/o Susan P. Peipher, Esq.,    Blakinger Thomas PC,    28 Penn Sq.,
                 Lancaster, PA 17603-4297
13855138        Firestone/Credit First NA,    PO Box 81344,    Cleveland, OH 44188-0344
13855139       +KML Law Group, P.C.,    Suite 5000 BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
13855141       +North Shore Agency,    PO Box 9205,    Old Bethpage, NY 11804-9005
13868986       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13855142        Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
13864360       +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
                 Dallas, TX 75380-0849
13935194        Wilmington Trust NA,    Select Portfolio Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
13919373       +Wilmington Trust NA,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13934786       +Wilmington Trust, NA, et al,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65450,
                 Salt Lake City, UT 84165-0450
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Aug 24 2017 01:32:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 24 2017 01:32:18     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2017 01:27:01     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13855136       +E-mail/Text: mrdiscen@discover.com Aug 24 2017 01:31:45     Discover,    P O Box 71084,
                 Charlotte, NC 28272-1084
13862937        E-mail/Text: mrdiscen@discover.com Aug 24 2017 01:31:45     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13928797        E-mail/Text: bk.notifications@jpmchase.com Aug 24 2017 01:31:54     JP Morgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505, AZ1-1191,    Phoenix, AZ 85038-9505
13855140       +E-mail/Text: kspon@lasa.org Aug 24 2017 01:31:53     LASA,    130 Centerville Road,
                 Lancaster, PA 17603-4087
13878127        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2017 01:27:23
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13905411       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2017 01:32:07     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
13904545        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2017 01:51:18
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13887233        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2017 01:32:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                 Harrisburg PA  17128-0946
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi                 Page 2 of 2             Date Rcvd: Aug 23, 2017
                              Form ID: pdf900             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
              DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Trust, NA et al c/o Select
               Portfolio Servicing, Inc. debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              JIM   PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Trust, NA, successor trustee to
               Citibank, N.A., as Trustee, for the benefit of registered holders of Structured Asset Mortgage
               Investments II Trust 2007-AR3, Mortgage Pass-Through Certifica bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Debtor David J. Goldberger, Sr. amburke7@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :       Chapter 13
    DAVID J. GOLDBERGER,                    :
        Debtor(s)                       :       Bky. No.   17-10475 ELF

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: August 23, 2017

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE