Certificate Number: 05781-PAE-DE-031091186

Bankruptcy Case Number: 17-10475



05781-PAE-DE-031091186

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 26, 2018, at 8:57 o'clock AM PDT, David Goldberger completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 26, 2018

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President